159 So. 914

**Jim COOPER v. STATE.**

8 Div. 68.

Court of Appeals of Alabama.
Feb. 19, 1935.

SAMFORD, Judge.
Affirmed.

157 So. 916

**Paul COOPER v. STATE.**

1 Div. 154.

Court of Appeals of Alabama.
Nov. 20, 1934.

BRICKEN, Presiding Judge.
Affirmed.

163 So. 906

**Brooks COWLEY v. STATE.**

8 Div. 213.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

160 So. 918

**William CRAFT v. STATE.**

8 Div. 15.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 914

**E. A. CRAVEN v. TOWN OF WATERLOO.**

8 Div. 32.

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Appeal dismissed.

155 So. 917

**Willie CRAWFORD v. STATE.**

7 Div. 67.

Court of Appeals of Alabama.
June 5, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

155 So. 917

**Willie CRAWFORD v. STATE.**

7 Div. 68.

Court of Appeals of Alabama.
June 5, 1934.

SAMFORD, Judge.
Appeal dismissed.